| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Law Offices Of Hagen & Hagen<br>Jeffrey J Hagen - SBN 143754<br>(818) 501-6161<br>4559 San Blas Avenue<br>Woodland Hills, California 91364<br>Fax: (818) 907-6722<br>jeff@hagenhagenlaw.com<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Movant Santa Monica Jewelry & Loan | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Michael Richard Shapiro,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:18-bk-21855-RK<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(with supporting declarations)**<br>**(PERSONAL PROPERTY)** |
| | DATE: 04/16/2019<br>TIME: 10:30 am<br>COURTROOM: 1675 |

| **Movant:** Santa Monica Jewelry & Loan |
|---|

1. **Hearing Location**:

   ☒ 255 East Temple Street, Los Angeles, CA 90012      ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367   ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Notice is given to the Debtor and trustee (if any)(Responding Parties), their attorneys (if any), and other interested parties that on the date and time and in the courtroom stated above, Movant will request that this court enter an order granting relief from the automatic stay, as to Debtor and Debtor's bankruptcy estate on the grounds set forth in the attached motion.

3. To file a response to the motion, you may obtain an approved court form at www.cacb.uscourts.gov/forms for use in preparing your response (optional LBR form F 4001-1.RFS.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                    Page 1                    **F 4001-1.RFS.PP.MOTION**

4.  When serving a response to the motion, serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above.

5.  If you fail to timely file and serve a written response to the motion, or fail to appear at the hearing, the court may deem such failure as consent to granting of the motion.

6.  ☒ This motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1(d).  If you wish to oppose this motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the hearing and appear at the hearing of this motion.

7.  ☐ This motion is being heard on SHORTENED NOTICE pursuant to LBR 9075-1(b).  If you wish to oppose this motion, you must file and serve a response no later than (*date*) _____ and (*time*) _____; and, you may appear at the hearing.

    a.  ☐ An application for order setting hearing on shortened notice was not required (according to the calendaring procedures of the assigned judge).

    b.  ☐ An application for order setting hearing on shortened notice was filed and was granted by the court and such motion and order have been or are being served upon the Debtor and upon the trustee (if any).

    c.  ☐ An application for order setting hearing on shortened notice and remains pending.  After the court has ruled on that application, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

Date:  03/14/2019

Law Offices Of Hagen & Hagen
_____
Printed name of law firm (if applicable)

Jeffrey J Hagen
_____
Printed name of individual Movant or attorney for Movant

_____
Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                          Page 2                          F 4001-1.RFS.PP.MOTION

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

1. Movant has a perfected security interest in the Property.

2. **The Property at Issue (Property):**

   a. ☐ Vehicle (*year, manufacturer, type, and model*):

      *Vehicle Identification Number:*
      *Location of vehicle (if known):*

   b. ☐ Equipment (*manufacturer, type, and characteristics*):

      *Serial number(s):*

      *Location (if known):*

   c. ☒ Other Personal Property (*type, identifying information, and location*):
      Various record albums, including gold records, and certain wristwatches pawned by Debtor Shapiro.
      Please see attached Declaration for complete description of the collateral.

3. **Bankruptcy Case History:**

   a. ☒ A voluntary bankruptcy petition   ☐ An involuntary bankruptcy petition
      under chapter   ☒ 7  ☐ 11  ☐ 12  ☐ 13   was filed on (*date*)  10/09/2018  .

   b. ☐ An order to convert this case to chapter   ☐ 7  ☐ 11  ☐ 12  ☐ 13   was entered on (*date*) _____.

   c. ☐ Plan was confirmed on (*date*) _____.

4. **Grounds for Relief from Stay:**

   a. ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant the requested relief from stay as follows:

      (1) ☒ Movant's interest in the Property is not adequately protected.

         (A) ☒ Movant's interest in the Property is not protected by an adequate equity cushion.

         (B) ☒ The fair market value of the Property is declining and payments are not being made to Movant
            sufficient to protect Movant's interest against that decline.

         (C) ☐ Proof of insurance regarding the Property has not been provided to Movant, despite the Debtor's
            obligation to insure the collateral under the terms of Movant's contract with Debtor.

         (D) ☐ Other (*see attached continuation page*).

      (2) ☐ The bankruptcy case was filed in bad faith.

         (A) ☐ Movant is the only creditor, or one of very few creditors, listed or scheduled in the Debtor's case
            commencement documents.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                           Page 3                           **F 4001-1.RFS.PP.MOTION**

    (B) ☐ The Property was transferred to the Debtor either just before the bankruptcy filing or after the filing.

    (C) ☐ A non-individual entity was created just prior to the bankruptcy petition date for the sole purpose of filing this bankruptcy case.

    (D) ☐ Other bankruptcy cases were filed in which an interest in the Property was asserted.

    (E) ☐ The Debtor filed only a few case commencement documents with the bankruptcy petition. Schedules and statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

  (3) ☐ (*Chapter 12 or 13 cases only*) All payments on account of the Property are being made through the plan and plan payments have not been made to the chapter 12 or chapter 13 trustee for payments due ☐ postpetition preconfirmation ☐ postpetition postconfirmation.

  (4) ☐ The lease has matured, been rejected or deemed rejected by operation of law.

  (5) ☐ The Debtor filed a statement of intention that indicates the Debtor intends to surrender the Property.

  (6) ☒ Movant regained possession of the Property on (*date*) _____, which is
☒ prepetition ☐ postpetition.

  (7) ☒ For other cause for relief from stay, see attached continuation page.

 b. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), the Debtor has no equity in the Property; and, pursuant to 11 U.S.C. § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

5. **Grounds for Annulment of the Stay.** Movant took postpetition actions against the Property or the Debtor.

 a. ☐ These actions were taken before Movant knew that the bankruptcy petition had been filed and Movant would have been entitled to relief from stay to proceed with those actions,

 b. ☐ Movant knew the bankruptcy case had been filed, but Movant previously obtained relief from stay to proceed with these enforcement actions,

 c. ☐ Other (*specify*):

6. ☒ **Evidence in Support of Motion:** *(Declaration(s) must be signed under penalty of perjury and attached to this motion)*

 a. The PERSONAL PROPERTY DECLARATION on page 6 of this motion.

 b. ☒ Supplemental declaration(s).

 c. ☐ The statements made by the Debtor under penalty of perjury concerning Movant's claims and the Property as set forth in the Debtor's case commencement documents. Authenticated copies of the relevant portions of the case commencement documents are attached as Exhibit(s) _____.

 d. ☐ Other:

7. **An optional Memorandum of Points and Authorities is attached to this motion.**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 4                                    **F 4001-1.RFS.PP.MOTION**

**Movant requests the following relief:**

1. Relief from the stay is granted under:  ☒ 11 U.S.C. § 362(d)(1)  ☒ 11 U.S.C. § 362(d)(2)

2. ☒ Movant (and any successors or assigns) may proceed under applicable nonbankruptcy law to enforce its remedies to repossess and sell the Property.

3. ☐ Confirmation that there is no stay in effect.

4. ☐ The stay is annulled retroactive to the petition date.  Any postpetition actions taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

6. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

7. ☒ The order is binding in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of such order, except that a debtor in a subsequent case may move for relief from the order based upon changed circumstances or for good cause shown, after notice and hearing.

8. ☒ The order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

9. ☒ The order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days, so that no further stay shall arise in that case as to the Property.

10. ☐ The order is binding and effective in any future bankruptcy case, no matter who the debtor may be
    ☐ without further notice, or  ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

11. ☒ If relief from stay is not granted, the court orders adequate protection.

12. ☐ See continuation page for other relief requested

Date:  03/14/2019

Law Offices Of Hagen & Hagen
Print name of law firm

Jeffrey J Hagen
Print name of individual Movant or attorney for Movant

Signature of individual Movant or attorney for Movant

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## PERSONAL PROPERTY DECLARATION

I, (name of declarant) <u>Michael Klass</u>                                    , declare:

1.  I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto.  I am over 18 years of age.  I have knowledge regarding Movant's interest in the Property (specify):

    a.  ☐  I am the Movant.

    b.  ☒  I am employed by Movant as (title and capacity): Chief Executive Officer

    c.  ☐  Other (specify):


2.  a.  ☒  I am one of the custodians of the books, records and files of Movant that pertain to loans, leases, or extensions of credit given to Debtor concerning the Property.  I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate.  Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event.  The business records are available for inspection and copies can be submitted to the court if required.

    b.  ☐  Other (see attached):


3.  The Property is:

    a.  ☐  Vehicle (year, manufacturer, type, model and year):

        Vehicle Identification Number:
        Location of vehicle (if known):

    b.  ☐  Equipment (manufacturer, type, and characteristics):

        Serial number(s):
        Location (if known):

    c.  ☒  Other personal property (type, identifying information, and location):
        Various record albums, including gold records, and certain wristwatches pawned by Debtor Shapiro.
        Please see attached Declaration for complete description of the collateral.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  The nature of Debtor's interest in the Property is:

    a.  ☒  Sole owner

    b.  ☐  Co-owner (specify):

    c.  ☐  Lessee

    d.  ☐  Other (specify):

    e.  ☒  Debtor ☒ did ☐ did not  list the Property in the schedules filed in this case.

5.  ☐  The lease matured or was rejected on (date) _____:

    a.  ☐  rejected

        (1)  ☐  by operation of law.

        (2)  ☐  by order of the court.

    b.  ☐  matured.

6.  Movant has a perfected security interest in the Property.

    a.  ☒  A true and correct copy of the promissory note or other document that evidences the debt owed by the Debtor
        to Movant is attached as Exhibit _1-5_____.

    b.  ☐  The Property is a motor vehicle, boat, or other personal property for which a certificate of title is provided for
        by state law.  True and correct copies of the following items are attached to this motion:

        (1)  ☐  Certificate of title ("pink slip") (Exhibit _____).

        (2)  ☐  Vehicle or other lease agreement (Exhibit _____).

        (3)  ☐  Security agreement (Exhibit _____).

        (4)  ☐  Other evidence of a security interest (Exhibit _____).

    c.  ☒  The Property is equipment, intangibles, or other personal property for which a certificate of title is not provided
        for by state law.  True and correct copies of the following items are attached to this motion:

        (1)  ☐  Security agreement (Exhibit _____).

        (2)  ☐  UCC-1 financing statement (Exhibit _____).

        (3)  ☐  UCC financing statement search results (Exhibit _____).

        (4)  ☐  Recorded or filed leases (Exhibit _____).

        (5)  ☒  Other evidence of perfection of a security interest (Exhibit _1-5_____).

    d.  ☐  The Property is consumer goods.  True and correct copies of the following items are attached to this motion:

        (1)  ☐  Credit application (Exhibit _____).

        (2)  ☐  Purchase agreement (Exhibit _____).

        (3)  ☐  Account statement showing payments made and balance due (Exhibit _____).

        (4)  ☐  Other evidence of perfection of a security interest (if necessary under state law) (Exhibit _____).

    e.  ☐  Other liens against the Property are attached as Exhibit _____.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014                                    Page 7                              F 4001-1.RFS.PP.MOTION

7. Status of Movant's debt:

   a.  The amount of the monthly payment: $ _____.

   b.  Number of payments that became due and were not tendered: ☐ prepetition ☐ postpetition.

   c.  Total amount in arrears: $ _____.

   d.  Last payment received on (*date*): _____.

   e.  Future payments due by the anticipated hearing date (*if applicable*): _____
       An additional payment of $ _____ will come due on (*date*) _____, and on
       the _____ day of each month thereafter. If the payment is not received by the _____
       day of the month, a late charge of $ _____ will be charged under the terms of the loan.

8.  ☐ Attached as Exhibit _____ is a true and correct copy of a POSTPETITION payment history that accurately
    reflects the dates and amounts of all payments made by the Debtor since the petition date.

9.  Amount of Movant's debt:

   a.  Principal:.................................................................................................. $ 3,065.00
   b.  Accrued interest: ...................................................................................... $ 507.07
   c.  Costs (attorney's fees, late charges, other costs):............................... $ _____
   d.  Advances (property taxes, insurance):.................................................. $ _____
   e.  TOTAL CLAIM as of _03/14/2019_ :.......................................................... $ 3,572.07

10. ☒ (*Chapter 7 and 11 cases only*) Valuation: The fair market value of the Property is: $ 5,500.00 _____.
    This valuation is based upon the following supporting evidence:

   a.  ☐ This is the value stated for property of this year, make, model, and general features in the reference guide
       most commonly used source for valuation data used by Movant in the ordinary course of its business for
       determining the value of this type of property.  True and correct copies of the relevant excerpts of the most
       recent edition of the reference guide are attached as Exhibit _____.

   b.  ☐ This is the value determined by an appraisal or other expert evaluation.  True and correct copies of the
       expert's report and/or declaration are attached as Exhibit _____.

   c.  ☐ The Debtor's admissions in the Debtor's schedules filed in the case.  True and correct copies of the relevant
       portions of the Debtor's schedules are attached as Exhibit _____.

   d.  ☒ Other basis for valuation (*specify*):
       Movant's best estimate of value based on years of experience in the pawnbroker industry.

   ┌─────────────────────────────────────────────────────────────────────────────────────────┐
   │ **NOTE:**  If valuation is contested, supplemental declarations providing additional foundation for the │
   │            opinions of value should be submitted.                                           │
   └─────────────────────────────────────────────────────────────────────────────────────────┘

11. Calculation of equity in Property:

   a.  ☒ **11 U.S.C. § 362(d)(1) - Equity Cushion:**

       I calculate that the value of the "equity cushion" in the Property exceeding Movant's debt and any lien(s)
       senior to Movant's debt is $ 1,927.93 _____ and is 35.05 % of the fair market value of the
       Property.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 8                              F 4001-1.RFS.PP.MOTION

b. ☒ **11 U.S.C. § 362(d)(2)(A) - Equity**:

By subtracting the total amount of all liens on the Property from the value of the Property as set forth in Paragraph 10 above, I calculate that the Debtor's equity in the Property is $ <u>1,927.03</u>.

12. ☐ The fair market value of the Property is declining because:

13. ☐ The Debtor's intent is to surrender the Property. A true and correct copy of the Debtor's statement of intentions is attached as Exhibit _____.

14. ☒ Movant regained possession of the Property on (*date*) _____, which is: ☒ prepetition ☐ postpetition.

15. ☐ (*Chapter 12 or 13 cases only*) Status of Movant's debt and other bankruptcy case information:

a. The 341(a) meeting of creditors is currently scheduled for (or concluded on) (*date*) _____
A plan confirmation hearing is currently scheduled for (or concluded on) (*date*) _____
The plan was confirmed on (*if applicable*) (*date*) _____

b. Postpetition <u>preconfirmation</u> payments due BUT REMAINING UNPAID after the filing of the case:

| Number of Payments | Number of Late Charges | Amount of Each Payment or Late Charge | Total |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

(See attachment for additional breakdown of information attached as Exhibit _____.)

c. <u>Postconfirmation</u> payments due BUT REMAINING UNPAID after the plan confirmation date (*if applicable*):

| Number of Payments | Number of Late Charges | Amount of Each Payment or Late Charge | Total |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

d. Postpetition advances or other charges due but unpaid:                    $
(*For details of type and amount, see Exhibit _____*)

e. Attorneys' fees and costs:                    $
(*For details of type and amount, see Exhibit _____*)

f. Less suspense account or partial paid balance:                    $ [                    ]

TOTAL POSTPETITION DELINQUENCY:                    $

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

g. ☐ The entire claim is provided for in the chapter 12 or 13 plan and postpetition plan payments are delinquent. The plan payment history is attached as Exhibit _____. See attached declaration(s) of chapter 12 trustee or 13 trustee regarding receipt of payments under the plan (attach LBR form F 4001-1.DEC.AGENT.TRUSTEE).

16. ☐ Proof of insurance regarding the Property has not been provided to Movant, despite the Debtor's obligation to insure the collateral under the terms of Movant's contract with Debtor.

17. ☐ The bankruptcy case was filed in bad faith:

a. ☐ Movant is the only creditor or one of few creditors listed in the Debtor's case commencement documents.

b. ☐ Other bankruptcy cases have been filed in which an interest in the Property was asserted.

c. ☐ The Debtor filed only a few case commencement documents. Schedules and a statement of financial affairs (or chapter 13 plan, if appropriate) have not been filed.

d. ☐ Other (specify):


18. ☐ The filing of the bankruptcy petition was part of a scheme to delay, hinder, or defraud creditors that involved:

a. ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval. See attached continuation page for facts establishing the scheme.

b. ☐ Multiple bankruptcy cases affecting the Property:

(1) Case name: _____
Chapter: _____    Case number: _____
Date filed: _____    Date discharged: _____    Date dismissed: _____
Relief from stay regarding the Property ☐ was ☐ was not granted.

(2) Case name: _____
Chapter: _____    Case number: _____
Date filed: _____    Date discharged: _____    Date dismissed: _____
Relief from stay regarding the Property ☐ was ☐ was not granted.

(3) Case name: _____
Chapter: _____    Case number: _____
Date filed: _____    Date discharged: _____    Date dismissed: _____
Relief from stay regarding the Property ☐ was ☐ was not granted.

☐ See attached continuation page for more information about other bankruptcy cases affecting the Property.

☐ See attached continuation page for additional facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, and defraud creditors.

19. ☐ Enforcement actions taken after the bankruptcy petition was filed are specified in the attached supplemental declaration(s).

a. ☐ These actions were taken before Movant knew the bankruptcy case had been filed, and Movant would have been entitled to relief from stay to proceed with these actions.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

b. ☐ Although Movant knew the bankruptcy case was filed, Movant previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting the Property as set forth in Exhibit _____.

c. ☐ For other facts justifying annulment, see attached continuation page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/14/2019 | Michael Klass | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014    Page 11    F 4001-1.RFS.PP.MOTION

1  Law Offices Of Hagen & Hagen*
   Earle Hagen (1925 - 2008)
2  Jeffrey J Hagen - State Bar No. 143754
   (818) 501-6161
3  4559 San Blas Avenue
   Woodland Hills, California  91364
4  Fax   :  (818) 907-6722
   e-mail : jeff@hagenhagenlaw.com
5  Website: www.hagenhagenlaw.com

6  Attorneys for Movant

7  *A Debt Relief Agency Making A
   World Of Difference Since 1970...
8  We Help People File For Bankruptcy
   Relief Under The Bankruptcy Code
9
                UNITED STATES BANKRUPTCY COURT
10               CENTRAL DISTRICT OF CALIFORNIA
                  LOS ANGELES DIVISION
11
   In re:                    )   Case No. **2:18-bk-21855-RK**
12                           )   Chapter 7
   **Michael Richard Shapiro,**  )
13                           )   **DECLARATION OF MICHAEL**
                 Debtor,     )   **KLASS IN SUPPORT OF MOTION**
14                           )   **BY SANTA MONICA JEWELRY &**
   _____  )   **LOAN FOR RELIEF FROM THE**
15                           )   **AUTOMATIC STAY**
   **Santa Monica Jewelry & Loan,** )
16                           )
                 Movant,     )
17                           )
   v.                        )
18                           )
   **Michael Richard Shapiro,**  )
19                           )   Date:  04/16/2019
                 Respondent. )   Time:  10:30am
20                           )   Courtroom:  1675
                             )
21 _____  )

22      I, Michael Klass, declare:

23      1.  I am the Chief Executive Officer of Santa Monica Jewelry

24 & Loan, a California-licensed pawnbroker located at 408 Broadway,

25 Santa Monica, California 90401.

26      2.  I have personal knowledge of the facts stated.

27      3.  I have been in the pawnbroker industry for since 2006.

28                      Page 1 of 7

4.  On or about 07/06/2018, Debtor Shapiro pledged a Cartier Model Tank Solo 2715 wristwatch as collateral, i.e., pawned, to Movant Santa Monica Jewelry & Loan, receiving $500.00, loan number LT-SAM009315.  Pursuant to terms of the loan, the annual interest rate was 45.6% and required a payoff balance of $576.00 by no later than 11/03/2018.  The balance of the obligation if not paid by 11/14/2018 was $584.50.  Note that interest still accrues after the 11/14/2018 date so the actual amount of interest which will be due and owing will be higher and will be dependent upon when the actual notice is going to be issued and thereafter will be automatically updated/adjusted by the computer POS system accordingly.  A true and correct copy of the loan contract is attached as Exhibit 1.

5.  On or about 08/03/2018, Debtor Shapiro pledged music records described as 'Music Records Model Fleetwood Mac Rumours, Record For 1 Million In Sales; Music Records Mocel Fleetwood Mac Rumours, Sales 1 Million Europe,' Specialty Records Model Vinyl Record, 1 Million Sales; Model Art Print, Bob Welch French Kiss Record; Model Art Print, Fleetwood Mac Tango In The Night; Model Art Print, Gerry Rafferty City To City Record; Model Art Print, Al Stwart [sic] Year Of The Cat Record' as collateral, i.e., pawned, to Movant Santa Monica Jewelry & Loan, receiving $600.00, loan number LT-SAM009801.  Pursuant to terms of the loan, the annual interest rate was 45.5% and required a payoff balance of $691.00 by no later than 12/01/2018.  The balance of the obligation if not paid by 12/12/2018 was $700.60.  Note that interest still accrues after the 12/12/2018 date so the actual amount of interest which will be due and owing will be higher and will be dependent upon

when the actual notice is going to be issued and thereafter will be automatically updated/adjusted by the computer POS system accordingly. A true and correct copy of the loan contract is attached as Exhibit 2.

6. On or about 09/22/2018, Debtor Shapiro pledged a music record described as 'Music Records Model Fleetwood Mirage, Framed (Plat Records)' as collateral, i.e., pawned, to Movant Santa Monica Jewelry & Loan, receiving $100.00, loan number LT-SAM010710. Pursuant to terms of the loan, the annual interest rate was 72.0% and required a payoff balance of $124.00 by no later than 01/20/2019. The balance of the obligation if not paid by 01/31/2019 was $128.10. Note that interest still accrues after the 01/31/2019 date so the actual amount of interest which will be due and owing will be higher and will be dependent upon when the actual notice is going to be issued and thereafter will be automatically updated/adjusted by the computer POS system accordingly. A true and correct copy of the loan contract is attached as Exhibit 3.

7. On or about 09/22/2018, Debtor Shapiro pledged a music record described as 'Music Records Model Bob Welsch French Kiss, Framed Gold Record' as collateral, i.e., pawned, to Movant Santa Monica Jewelry & Loan, receiving $50.00, loan number LT-SAM010711. Pursuant to terms of the loan, the annual interest rate was 108.0% and required a payoff balance of $68.00 by no later than 01/20/2019. The balance of the obligation if not paid by 01/31/2019 was $72.10. Note that interest still accrues after the 01/31/2019 date so the actual amount of interest which will be due and owing will be higher and will be dependent upon when the actual

1  notice is going to be issued and thereafter will be automatically

2  updated/adjusted by the computer POS system accordingly.  A true

3  and correct copy of the loan contract is attached as Exhibit 4.

4      8.  On or about 07/12/2018, Debtor Shapiro pledged his Patek

5  Philippe Model 3748 wristwatch as collateral, i.e., pawned, to

6  Movant Santa Monica Jewelry & Loan, receiving $400.00, loan number

7  LT-SAM009403.  Thereafter, on or about 08/04/2018, Debtor Shapiro

8  had the loan re-written at a higher principal amount of $1,815.00.

9  Pursuant to terms of the loan, the annual interest rate was 41.12%

10 and required a payoff balance of $2,063.80 by no later than

11 03/09/2019.  The balance of the obligation if not paid by

12 03/20/2019 will be $2,086.77.  Note that interest still accrues

13 after the 03/20/2019 date so the actual amount of interest which

14 will be due and owing will be higher and will be dependent upon

15 when the actual notice is going to be issued and thereafter will be

16 automatically updated/adjusted by the computer POS system

17 accordingly.  A true and correct copy of the re-written loan

18 contract is attached as Exhibit 5.

19     9.  On or about 10/09/2018 Debtor Shapiro filed his Chapter 7

20 voluntary bankruptcy petition in the Central District Of

21 California's Los Angeles Division.  Accordingly, all five loans

22 were obtained prior to the bankruptcy filing.

23     10.  Timothy Yoo is the duly appointed Chapter 7 Trustee of

24 Debtor Shapiro's bankruptcy estate.

25     11.  Debtor Shapiro listed his interest in the collateralized

26 assets reflected above on his Schedule A/B: Property at item 8,

27 'Collectibles Of Value, $20,000.00 as follows:

28

Debtor has various memorabilia (gold and platinum records) together with some old fine watches that he has pawned and used said funds to survive and live.  These include Fleetwood Mac, Eric Clapton, Alan Parsons, Wilson Philips and Bob Welch.  Additionally there is (in the same bundle) a Patek Philippe and a Cartier Watch.

12.  Debtor Shapiro claimed his interest in the subject collateral as exempt pursuant to the wildcard provisions of California Code Of Civil Procedure Sections 703.140(b)(4) and (b)(5) in the amount of $1,600.00 and $15,400.00, respectively, for a total of $17,000.00.

13.  Debtor Shapiro was examined by Trustee Yoo at his meeting of creditors pursuant to 11 U.S.C. Section 341(a) on 01/24/2019.

14.  Trustee Yoo filed with the Court his report of no assets on 01/25/2019, docket number 21.

15.  The Clerk of the Court issued Debtor Shapiro's Chapter 7 discharge on 01/22/2019, docket number 19.

16.  Debtor Shapiro's case remains pending as a result of an adversary proceeding filed 01/14/2019 by Creditor Harvey Vechery seeking a determination by the Court that Debtor Shapiro's obligation to Creditor Vechery ought not be dischargeable pursuant to 11 U.S.C. Sections 523(a)(2) and (a)(6).

17.  Debtor Shapiro filed a Statement Of Intentions at the time he filed his initial petition on 10/09/2018.  However, the Statement Of Intentions does not mention his intentions with respect to the subject collateral, or any other asset for that matter.

18.  California Finance Code Section 21201(f) provides that in the event the borrower fails to pay the loan by its due date, the

pawnbroker may issue a ten day right of redemption, and if the borrower fails to pay the loan in full by the conclusion of the ten day redemption period, title to the pawned assets transfers to the pawnbroker.

19.  All five of the loans made by Movant Santa Monica Jewelry & Loan to Debtor Shapiro have now come due.  Debtor Shapiro has not paid any of the loans.

20.  The principal balance of the five loans is $3,065.00. For Debtor Shapiro to successfully redeem the five sets of collateral, he would need to pay interest of not less than $507.07 or a total of not less than $3,571.07.  But note that this amount will actually be higher based upon the additional accrued interest which will be owing at the time the notice is actually sent out.

21.  In my opinion, based on my years of experience in the pawnbroker industry, I believe the value of the five sets of collateral, i.e., the value that Movant Santa Monica Jewelry & Loan will be able to generate if and when we are permitted to sell the items on the open market, is an estimated $5,500.00.

22.  Movant Santa Monica Jewelry & Loan seeks relief from the automatic stay provisions of 11 U.S.C. Section 362(a) in order to enforce its California law and contractual remedies by issuing to Debtor Shapiro its California Finance Code Section 21201 redemption letters which, in the event Debtor Shapiro fails to properly redeem the collateral by paying each loan within the ten day period specified, will result in the transfer of ownership to Movant Santa Monica Jewelry & Loan.

///

1      23.  Movant Santa Monica Jewelry & Loan understands that as a

2 result of the operation of both California Finance Code Section

3 21201 and Bankruptcy Code Section 524, Debtor Shapiro will have no

4 remaining personal liability to Movant Santa Monica Jewelry in the

5 event Debtor Shapiro fails to redeem the collateral and title

6 transfers to Movant Santa Monica Jewelry.

7      I declare under penalty of perjury that the foregoing

8 statements are true and correct and I could if called upon

9 competently testify thereto.

10     Executed this _____ day of 03/2019 at Santa Monica,

11 California.

12

13

14               **Michael Klass**
               Declarant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit

# 1

**TRUTH IN LENDING**

**SANTA MONICA**
**JEWELRY & LOAN**
408 Broadway
Santa Monica, CA 90401
✳  Phone (310) 451-2840  ✳
www.santamonicajewelryandloan.com
Monday to Sunday - 10:00 am to 6:00 pm

| | | Loan No. | LT-SAM009315 |
|---|---|---|---|
| pay this loan is due | 11/3/2018 | Loan Date | 7/6/2018 |
| The amount of cash or credit given directly to you | $500.00 | Transaction Date | 7/6/2018 |
| **FINANCE CHARGE** The dollar amount the credit will cost you | $76.00 | | |
| Amount required to redeem upon on the Maturity Date | $576.00 | | |
| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | 45.60% | | |

NO GOODS SHOWN UNTIL
PAID FOR.
NO CHECKS ACCEPTED

**CASH ONLY**

GENT'S WRISTWATCH  CARTIER MODEL TANK SOLO 2715  SERIAL NUMBER 832439LX  AFTER MARKET BAND/ OK BY WILL

\* SEE REVERSE SIDE
FOR TERMS AND
CONDITIONS \*

I HAVE READ THE TERMS
AND CONDITIONS ON THE
FRONT AND BACK HEREOF
AND AGREE TO THEM AS A
PART OF THIS CONTRACT
AS IF THEY WERE
PRINTED ABOVE MY
SIGNATURE. I CERTIFY
THAT THE INFORMATION
AND ADDRESS PRINTED
HEREON IS CORRECT.

All Pledged Property is Stored On These Premises

**SCHEDULE OF CHARGES**

| On Amount Due | |
|---|---|
| 8/5/2018 | $561.00 |
| 9/4/2018 | $561.00 |
| 10/4/2018 | $561.00 |
| 11/3/2018 | $576.00 |
| 11/14/2018 | $584.50 |

BORROWER'S WARRANTY AND OBLIGATIONS: Under penalty of perjury, Borrower represents and warrants the following...

LENDER'S LIABILITY: It is agreed and understood that the Lender does not insure Pledged Property...

MANDATORY ARBITRATION: Unless Borrower is exempt from Mandatory Arbitration pursuant to the Military Lending Act...

NOT AN ACTIVE U.S. MILITARY MEMBER, SPOUSE OR DEPENDENT THEREOF...

Borrower's Initials  X

Pledgor / Borrower's Name & Address

MICHAEL RICHARD SHAPIRO
11500 OLYMPIC BLVD SUITE 400
LOS ANGELES CA 90064

You are agreeing to be notified that your loan(s) have become delinquent using alternate methods:
X The above mailing address (default)
☐ The following email address
☐ The following cellphone number  (   )
This information may also be used to send you updates regarding store promotions

YOU MAY REDEEM THE PROPERTY YOU HAVE PLEDGED AT ANY TIME UNTIL THE CLOSE OF BUSINESS ON  **11/3/2018** . TO REDEEM YOU MUST PAY THE AMOUNT OF THE LOAN AND THE APPLICABLE CHARGES WHICH HAVE ACCRUED THROUGHT THE DATE ON WHICH YOU REDEEM.

By signing, I am stating under penalty of perjury that I agree I have read, understand, and agree to all terms and conditions on the front and back of this contract, that all information given is true and correct, that all claims were filed prior to my signing, and that the pledged property will be stored in accordance with the terms stated in this contract and there is a lost pawn ticket charge of up to $10.00.

Pledgor / Borrower's Signature  X

| Explanation of Finance Charges | Interest | Loan Writing Fees | Storage Fees | Miscellaneous |
|---|---|---|---|---|
| | $60.00 | $15.00 | $1.00 | $0.00 |

ALL BUSINESS STRICTLY CONFIDENTIAL - NO INFORMATION GIVEN VIA PHONE - NOT NEGOTIABLE - STORE COPY

Part SAM-01 1A

THIS IS A PLEDGE AND NOT A SALE

**TRUTH IN LENDING**

**SANTA MONICA**
**JEWELRY & LOAN**
408 Broadway
Santa Monica, CA 90401
✳  Phone (310) 451-2840  ✳
www.santamonicajewelryandloan.com
Monday to Sunday - 10:00 am to 6:00 pm

| | | Loan No. | LT-SAM009315 |
|---|---|---|---|
| Date this loan is due | 11/3/2018 | Loan Date | 7/6/2018 |
| The amount of cash or credit given directly to you | $500.00 | Transaction Date | 7/6/2018 |
| **FINANCE CHARGE** The dollar amount the credit will cost you | $76.00 | | |
| Amount required to redeem upon on the Maturity Date | $576.00 | | |
| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | 45.60% | | |

NO GOODS SHOWN UNTIL
PAID FOR.
NO CHECKS ACCEPTED

**CASH ONLY**

Gent's Wristwatch

You are giving a security interest in the following pledged property

\* SEE REVERSE SIDE
FOR TERMS AND
CONDITIONS \*

I HAVE READ THE TERMS
AND CONDITIONS ON THE
FRONT AND BACK HEREOF
AND AGREE TO THEM AS A
PART OF THIS CONTRACT
AS IF THEY WERE
PRINTED ABOVE MY
SIGNATURE. I CERTIFY
THAT THE INFORMATION
AND ADDRESS PRINTED
HEREON IS CORRECT.

All Pledged Property is Stored On These Premises

**SCHEDULE OF CHARGES**

| On Amount Due | |
|---|---|
| 8/5/2018 | $561.00 |
| 9/4/2018 | $561.00 |
| 10/4/2018 | |

BORROWER'S WARRANTY AND OBLIGATIONS: Under penalty of perjury, Borrower represents and warrants the following...

LENDER'S LIABILITY: It is agreed and understood that the Lender does not insure Pledged Property...

EXHIBIT 1
PAGE 1 OF PAGE 1

# Exhibit
# 2

## SANTA MONICA JEWELRY & LOAN

408 Broadway
Santa Monica, CA 90401
✷ **Phone (310) 451-2840** ✷
www.santamonicajewelryandloan.com
Monday to Sunday - 10:00 am to 6:00 pm

**NO GOODS SHOWN UNTIL PAID FOR. NO CHECKS ACCEPTED**

**CASH ONLY**

| | |
|---|---|
| Loan No. | LT-SAM009801 |
| Loan Date | 8/3/2018 |
| Transaction Date | 8/3/2018 |

### TRUTH IN LENDING

| | |
|---|---|
| MATURITY DATE — Date this loan is due. | 12/1/2018 |
| AMOUNT FINANCED — The amount of cash or credit given directly to you. | $600.00 |
| FINANCE CHARGE — The dollar amount the credit will cost you. | $91.00 |
| TOTAL OF PAYMENTS — Amount required to redeem upon on the Maturity Date. | $691.00 |
| ANNUAL PERCENTAGE RATE — The cost of your credit as a yearly rate. | 45.50% |

This is a single payment contract with the "TOTAL OF PAYMENTS" amount due upon the "MATURITY DATE". Interest is calculated on a monthly basis and savings may be made by paying off the loan on or prior to monthly anniversary dates. (See "SCHEDULE OF CHARGES")

**You are giving a security interest in the following pledged property:**

1 RECORD  MUSIC RECORDS MODEL FLEETWOOD MAC RUMOURS. RECORD FOR 1 MILLION IN SALES
2 RECORD  MUSIC RECORDS MODEL FLEETWOOD MAC RUMOURS. SALES 1 MILLION EUROPE
3 RECORD  SPECIALTY RECORDS MODEL VINYL RECORD. 1 MILLION SALES
4 PRINT  MODEL ART PRINT. BOB WELCH FRENCH KISS RECORD
5 PRINT  MODEL ART PRINT. FLEETWOOD MAC TANGO IN THE NIGHT
6 PRINT  MODEL ART PRINT. GERRY RAFFERTY CITY TO CITY RECORD
7 PRINT  MODEL ART PRINT. AL STWART YEAR OF THE CAT RECORD

**All Pledged Property is Stored On These Premises**

***SEE REVERSE SIDE FOR TERMS AND CONDITIONS***

I HAVE READ THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF AND AGREE TO THEM AS A PART OF THIS CONTRACT AS IF THEY WERE PRINTED ABOVE MY SIGNATURE. I CERTIFY THAT THE INFORMATION AND ADDRESS PRINTED HEREON IS CORRECT.

### SCHEDULE OF CHARGES

| On Amount Due | |
|---|---|
| 9/2/2018 | $673.00 |
| 10/2/2018 | $673.00 |
| 11/1/2018 | $673.00 |
| 12/1/2018 | $691.00 |
| 12/12/2018 | $700.60 |

**BORROWER'S WARRANTY AND OBLIGATIONS:** Under penalty of perjury, Borrower represents and warrants the following: (1) Borrower is the owner of or is otherwise authorized to pledge the collateral herein; there are no claims, liens or encumbrances on the property, and that Borrower agrees to indemnify and hold the _lender harmless and to reimburse the Lender for any losses arising therefrom; (2) Borrower had not represented to the Lender that the Pledged Property is unique or have special intrinsic value to Borrower, and (3) Borrower shall notify Lender either in person, by registered mail, or by telephone of any change of address. If writing for information, give number of this receipt and enclose postage if a reply is to be expected.

**LENDER'S LIABILITY:** It is agreed and understood that the Lender does not insure Pledged Property for the benefit of the Borrower and is not liable for loss or damage to the property resulting from burglary, theft, embezzlement, robbery, moths, fire, water, typical wear and deterioration resulting from handling and storage, acts of God, public enemy, i.e. major riot, terrorism and/or other causes. The Lender shall be liable only for the actual value of any item's physical properties as established damages, and the Lender shall be liable for the amount loaned and nothing more. Should a loss be directly attributable to the Lender's gross negligence or willful misconduct, if the Lender is found liable to the Borrower, as liquidated damages in such circumstances. Borrower and Lender agree that actual damages would be impractical or difficult to fix and that the liquidated damage amount is fair and reasonable under the circumstances.

**MANDATORY ARBITRATION:** Unless Borrower is exempt from Mandatory Arbitration pursuant to the Military Lending Act, the Borrower and the Lender agree that any claim or controversy of whatever nature which arose out of or is related to this Contract, but not limited to tort and/or Contract claims, claims based upon any federal, state or local statute, law, order, ordinance or regulation, and claims arising out of or relating to this breach of it, including prior action claims, shall be resolved by final and binding arbitration under and pursuant to the rules of the American Arbitration Association. Judgment upon the arbitrator's award may be entered in any court having jurisdiction over the matter not inconsistent with the Governing Law and Jurisdiction provision contained herein. If any lawsuit is filed in violation of this clause, a party who successfully compels arbitration shall recover his/her attorney's fees and costs.

**NOT AN ACTIVE U.S. MILITARY MEMBER, SPOUSE OR DEPENDENT THEREOF.** By initialing this box, Borrower represents and warrants the Borrower is NOT presently an active member of the United States Armed Forces and/or that Borrower is NOT a Spouse or a Dependent of someone who is an active member of the United States Military.

Borrower's Initials X
Borrower's Initials X
Borrower's Initials X

| Pledger / Borrower's Name & Address | |
|---|---|
| MICHAEL RICHARD SHAPIRO | |
| 11500 OLYMPIC BLVD SUITE 400 | |
| LOS ANGELES CA 90064 | |

You are agreeing to be notified that your loan(s) have become delinquent using alternate methods:

X The above mailing address (default)
☐ The following email address _____
☐ The following cellphone number ( )_____
This information may also be used to send you updates regarding store promotions.

Initial _____
Initial _____

**YOU MAY REDEEM THE PROPERTY YOU HAVE PLEDGED AT ANY TIME UNTIL THE CLOSE OF BUSINESS ON** ___12/1/2018___ . **TO REDEEM YOU MUST PAY THE AMOUNT OF THE LOAN AND THE APPLICABLE CHARGES WHICH HAVE ACCRUED THROUGHT THE DATE ON WHICH YOU REDEEM.**

By signing, I am stating under penalty of perjury that I agree I have read, understand, and agree to all terms and conditions on the front and back of this contract; that all information given is true and correct; that all items were titled in prior to my signing; and that the pledged property will be stored in accordance with the terms stated in this contract and there is a lost pawn ticket charge of up to $10.00.

Pledger /
Borrower's
Signature X _____

Date _____

See Reverse Side for Terms and Conditions

| Explanation of Finance Charges | Interest | Loan Writing Fee | Storage Fees | Miscellaneous |
|---|---|---|---|---|
| | $72.00 | $18.00 | $1.00 | $0.00 |

ALL BUSINESS STRICTLY CONFIDENTIAL - NO INFORMATION GIVEN VIA PHONE - NOT NEGOTIABLE - STORE COPY

Form SAM-01 C

THIS IS A PLEDGE AND NOT A SALE

## SANTA MONICA JEWELRY & LOAN

408 Broadway
Santa Monica, CA 90401
✷ **Phone (310) 451-2840** ✷
www.santamonicajewelryandloan.com
Monday to Sunday - 10:00 am to 6:00 pm

**NO GOODS SHOWN UNTIL PAID FOR. NO CHECKS ACCEPTED**

**CASH ONLY**

| | |
|---|---|
| Loan No. | LT-SAM009801 |
| Loan Date | 8/3/2018 |
| Transaction Date | 8/3/2018 |

### TRUTH IN LENDING

| | |
|---|---|
| MATURITY DATE — Date this loan is due. | 12/1/2018 |
| The amount of cash or credit given directly to you. | $600.00 |
| FINANCE CHARGE — The dollar amount the credit will cost you. | $91.00 |
| Amount required to redeem upon on the Maturity Date. | $691.00 |
| ANNUAL PERCENTAGE RATE — The cost of your credit as a yearly rate. | 45.50% |

This is a single payment contract with the "TOTAL OF PAYMENTS" amount due upon the "MATURITY DATE". Interest is calculated on a monthly basis and savings may be made by paying off the loan on or prior to monthly anniversary dates. (See "SCHEDULE OF CHARGES")

You are giving a security interest in the following pledged property:

1 Record
2 Record
3 Record
4 Print
5 Print
6 Print
7 Print

**All Pledged Property is Stored On These Premises**

***SEE REVERSE SIDE FOR TERMS AND CONDITIONS***

I HAVE READ THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF AND AGREE TO THEM AS PART OF THIS CONTRACT AS IF THEY WERE PRINTED ABOVE M SIGNATURE. I CERTIFY THAT THE INFORMATION AND ADDRESS PRINTE HEREON IS CORRECT.

### SCHEDULE OF CHARGES

| On Amount Due | |
|---|---|
| 9/2/2018 | $673.00 |
| 10/2/2018 | $673.00 |
| 11/1/2018 | |

EXHIBIT 2
PAGE 1 OF PAGE 1

# Exhibit

# 3

## SANTA MONICA JEWELRY & LOAN

408 Broadway
Santa Monica, CA 90401
✸ Phone (310) 451-2840 ✸
www.santamonicajewelryandloan.com
Monday to Sunday - 10:00 am to 6:00 pm

Loan No. LT-SAM010710
Loan Date: 9/22/2018
Transaction Date: 9/22/2018

**TRUTH IN LENDING**

| | |
|---|---|
| Date this loan is due | 1/20/2019 |
| The amount of cash or credit given directly to you | $100.00 |
| **FINANCE CHARGE** The dollar amount the credit will cost you | $24.00 |
| Amount required to redeem your loan on the Maturity Date | $124.00 |
| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate | 72.00% |

This is a single payment contract with the "TOTAL OF PAYMENTS" amount due upon the "MATURITY DATE". Interest is calculated on a monthly basis and savings may be made by paying off the loan on or prior to monthly anniversary dates. (See "SCHEDULE OF CHARGES")

RECORD  MUSIC RECORDS MODEL FLEETWOOD MIRAGE, FRAMED (PLAT RECORDS) SCRATCHES

You are giving a security interest in the following pledged property.

All Pledged Property is Stored On These Premises

* SEE REVERSE SIDE FOR TERMS AND CONDITIONS *

I HAVE READ THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF AND AGREE TO THEM AS A PART OF THIS CONTRACT AS IF THEY WERE PRINTED ABOVE MY SIGNATURE. I CERTIFY THAT THE INFORMATION AND ADDRESS PRINTED HEREON IS CORRECT

**SCHEDULE OF CHARGES**

| On Amount Due | 10/22/2018 $121.00 |
|---|---|
| On Amount Due | 11/21/2018 $121.00 |
| On Amount Due | 12/21/2018 $121.00 |
| On Amount Due | 1/20/2019 $124.00 |
| On Amount Due | 1/31/2019 $128.10 |

Pledgor / Borrower's Name & Address

MICHAEL RICHARD SHAPIRO
11500 OLYMPIC BLVD SUITE 400
LOS ANGELES CA 90064

Borrower's Initials X

We are agreeing to be notified that your loan(s) have become delinquent using alternate methods:
X The above mailing address (default)
☐ The following email address
☐ The following telephone number

**YOU MAY REDEEM THE PROPERTY YOU HAVE PLEDGED AT ANY TIME UNTIL THE CLOSE OF BUSINESS ON** 1/20/2019 . **TO REDEEM YOU MUST PAY THE AMOUNT OF THE LOAN AND THE APPLICABLE CHARGES WHICH HAVE ACCRUED THROUGHT THE DATE ON WHICH YOU REDEEM.**

By signing, I am stating under penalty of perjury that I agree I have read, understand, and agree to all terms and conditions on the front and back of this contract, that all information given is true and correct, that all blanks were filled in prior to my signing, and that the pledged property will be stored in accordance with the terms stated in this contract and there is a lost pawn ticket charge of up to $10.00

Pledgor / Borrower's Signature X

Date

See Reverse Side for Terms and Conditions

| Explanation of Finance Charges | Interest | Loan Writing Fee | Storage Fees | Miscellaneous |
|---|---|---|---|---|
| | $18.00 | $5.00 | $1.00 | $0.00 |

ALL BUSINESS STRICTLY CONFIDENTIAL - NO INFORMATION GIVEN VIA PHONE - NOT NEGOTIABLE - STORE COPY

## SANTA MONICA JEWELRY & LOAN

408 Broadway
Santa Monica, CA 90401
✸ Phone (310) 451-2840 ✸
www.santamonicajewelryandloan.com
Monday to Sunday - 10:00 am to 6:00 pm

Loan No. LT-SAM010710
Loan Date: 9/22/2018
Transaction Date: 9/22/2018

**TRUTH IN LENDING**

| | |
|---|---|
| Date this loan is due | 1/20/2019 |
| The amount of cash or credit given directly to you | $100.00 |
| **FINANCE CHARGE** | $24.00 |
| Amount required to redeem your loan on the Maturity Date | $124.00 |
| **ANNUAL PERCENTAGE RATE** | 72.00% |

This is a single payment contract with the "TOTAL OF PAYMENTS" amount due upon the "MATURITY DATE". Interest is calculated on a monthly basis and savings may be made by paying off the loan on or prior to monthly anniversary dates. (See "SCHEDULE OF CHARGES")

Record

All Pledged Property is Stored On These Premises

* SEE REVERSE SIDE FOR TERMS AND CONDITIONS *

I HAVE READ THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF AND AGREE TO THEM AS A PART OF THIS CONTRACT AS IF THEY WERE PRINTED ABOVE MY SIGNATURE. I CERTIFY THAT THE INFORMATION AND ADDRESS PRINTED HEREON IS CORRECT

**SCHEDULE OF CHARGES**

| On Amount Due | 10/22/2018 $121.00 |
|---|---|
| On Amount Due | 11/21/2018 $121.00 |
| On Amount Due | 12/21/2018 |

EXHIBIT 3
PAGE 1 OF PAGE 1

# Exhibit

# 4

**JEWELRY & LOAN**
408 Broadway
Santa Monica, CA 90401
✳ Phone (310) 451-2840 ✳
www.santamonicajewelryandloan.com
Monday to Sunday - 10:00 am to 6:00 pm

| TRUTH IN LENDING | | Loan No. | LT-SAM010711 |
|---|---|---|---|
| ...LITY DATE: this loan is due | 1/20/2019 | Loan Date | 9/22/2018 |
| ...NT FINANCED amount of cash or will given directly to you | $50.00 | Transaction Date | 9/22/2018 |
| FINANCE CHARGE the dollar amount the credit will cost you | $18.00 | | |
| ...AL OF PAYMENTS amount required to redeem loan on the Maturity Date | $68.00 | | |
| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | 108.00% | | |

**CASH ONLY**

NO GOODS SHOWN UNTIL PAID FOR. NO CHECKS ACCEPTED

RECORD: MUSIC RECORDS MODEL BOB WELSCH FRENCH KISS  FRAMED GOLD RECORD (SCRATCHES ON GLASS)

All Pledged Property is Stored On These Premises

\* SEE REVERSE SIDE FOR TERMS AND CONDITIONS \*

I HAVE READ THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF AND AGREE TO THEM AS A PART OF THIS CONTRACT AS IF THEY WERE PRINTED ABOVE MY SIGNATURE. I CERTIFY THAT THE INFORMATION AND ADDRESS PRINTED HEREON IS CORRECT.

| SCHEDULE OF CHARGES | |
|---|---|
| On Amount Due | 10/22/2018 $65.00 |
| On Amount Due | 11/21/2018 $65.00 |
| On Amount Due | 12/21/2018 $65.00 |
| On Amount Due | 1/20/2019 $68.00 |
| On Amount Due | 1/31/2019 $72.10 |

Pledgor / Borrower's Name & Address

MICHAEL RICHARD SHAPIRO
11500 OLYMPIC BLVD SUITE 400
LOS ANGELES CA 90064

You are agreeing to be notified that your loan(s) have become delinquent using alternate methods.
X The above mailing address (default)
☐ The following email address
☐ The following cellphone number

**YOU MAY REDEEM THE PROPERTY YOU HAVE PLEDGED AT ANY TIME UNTIL THE CLOSE OF BUSINESS ON** 1/20/2019 **. TO REDEEM YOU MUST PAY THE AMOUNT OF THE LOAN AND THE APPLICABLE CHARGES WHICH HAVE ACCRUED THROUGHT THE DATE ON WHICH YOU REDEEM.**

| Explanation of Finance Charges | Interest | Loan Writing Fee | Storage Fees | Miscellaneous |
|---|---|---|---|---|
| | $12.00 | $5.00 | $1.00 | $0.00 |

ALL BUSINESS STRICTLY CONFIDENTIAL - NO INFORMATION GIVEN VIA PHONE - NOT NEGOTIABLE - STORE COPY

**SANTA MONICA**
**JEWELRY & LOAN**
408 Broadway
Santa Monica, CA 90401
✳ Phone (310) 451-2840 ✳
www.santamonicajewelryandloan.com
Monday to Sunday - 10:00 am to 6:00 pm

| TRUTH IN LENDING | | Loan No. | LT-SAM010711 |
|---|---|---|---|
| Date this loan is due | 1/20/2019 | Loan Date | 9/22/2018 |
| The amount of cash or credit given directly to you | $50.00 | Transaction Date | 9/22/2018 |
| FINANCE CHARGE The dollar amount the credit will cost you | $18.00 | | |
| TOTAL OF PAYMENTS Amount required to redeem pawn on the Maturity Date | $68.00 | | |
| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | 108.00% | | |

Record

All Pledged Property is Stored On These Premises

NO GOODS SHOWN UNTIL PAID FOR. NO CHECKS ACCEPTED

\* SEE REVERSE SIDE FOR TERMS AND CONDITIONS \*

I HAVE READ THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF AND AGREE TO THEM AS A PART OF THIS CONTRACT AS IF THEY WERE PRINTED ABOVE MY SIGNATURE. I CERTIFY THAT THE INFORMATION AND ADDRESS PRINTED HEREON IS CORRECT.

| SCHEDULE OF CHARGES | |
|---|---|
| On Amount Due | 10/22/2018 $65.00 |
| On Amount Due | 11/21/2018 $65.00 |

EXHIBIT 4
PAGE 1 OF PAGE 1

# Exhibit

# 5

## SANTA MONICA JEWELRY & LOAN

408 Broadway
Santa Monica, CA 90401
✳ Phone (310) 451-2840 ✳
www.santamonicajewelryandloan.com
Monday to Sunday - 10:00 am to 6:00 pm

NO GOODS SHOWN UNTIL PAID FOR.
NO CHECKS ACCEPTED
**CASH ONLY**

| | |
|---|---|
| Loan No. | LT-SAM009403 |
| Loan Date | 11/9/2018 |
| Transaction Date | 8/4/2018 |

**TRUTH IN LENDING**

| | |
|---|---|
| MATURITY DATE — Date this loan is due. | 3/9/2019 |
| AMOUNT FINANCED — The amount of cash or credit given directly to you. | $1,815.00 |
| FINANCE CHARGE — The dollar amount the credit will cost you. | $248.80 |
| TOTAL OF PAYMENTS — Amount required to redeem based on the Maturity Date. | $2,063.80 |
| ANNUAL PERCENTAGE RATE — The cost of your credit as a yearly rate. | 41.12% |

This is a single payment contract with the "TOTAL OF PAYMENTS" amount due upon the "MATURITY DATE". Interest is calculated on a monthly basis and savings may be made by paying off the loan on or prior to monthly anniversary dates. (See "SCHEDULE OF CHARGES")

GENT'S WRISTWATCH PATEK PHILIPPE MODEL 3748 SERIAL NUMBER 537757, AFTERMARKET BAND DISCOLORED DIAL OK BY ALEX

You are giving a security interest in the following pledged property:

All Pledged Property is Stored On These Premises

**\* SEE REVERSE SIDE FOR TERMS AND CONDITIONS \***

I HAVE READ THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF AND AGREE TO THEM AS A PART OF THIS CONTRACT AS IF THEY WERE PRINTED ABOVE MY SIGNATURE. I CERTIFY THAT THE INFORMATION AND ADDRESS PRINTED HEREON IS CORRECT.

**SCHEDULE OF CHARGES**

| On Amount Due | |
|---|---|
| 12/9/2018 | $2,009.35 |
| 1/8/2019 | $2,009.35 |
| 2/7/2019 | $2,009.35 |
| 3/9/2019 | $2,063.80 |
| 3/20/2019 | $2,086.77 |

BORROWER'S WARRANTY AND OBLIGATIONS: ... Borrower's Initials X

LENDER'S LIABILITY: ... Borrower's Initials X

MANDATORY ARBITRATION: ... Borrower's Initials X

NOT AN ACTIVE U.S. MILITARY MEMBER, SPOUSE OR DEPENDENT THEREOF: ... Borrower's Initials X

Pledgor - Borrower's Name & Address

MICHAEL RICHARD SHAPIRO
11500 OLYMPIC BLVD SUITE 400
LOS ANGELES CA 90064

You are agreeing to be notified that your loan(s) have become delinquent using alternate methods:
X The above mailing address (default)
☐ The following email address ___ Initial ___
☐ The following cellphone number ___ Initial ___
This information may also be used to send you updates regarding store promotions.

**YOU MAY REDEEM THE PROPERTY YOU HAVE PLEDGED AT ANY TIME UNTIL THE CLOSE OF BUSINESS ON** 3/9/2019 **. TO REDEEM YOU MUST PAY THE AMOUNT OF THE LOAN AND THE APPLICABLE CHARGES WHICH HAVE ACCRUED THROUGHT THE DATE ON WHICH YOU REDEEM.**

By signing, I am stating under penalty of perjury that I agree I have read, understand, and agree to all terms and conditions on the front and back of this contract; that all information given is true and correct; that all stored were held in prior to my signing; and that the pledged property will be stored in accordance with the terms stated in this contract and there is a lost pawn ticket charge of up to $10.00.

Pledgor / Borrower's Signature X ___ Date ___

See Reverse Side for Terms and Conditions

| Explanation of Finance Charges | Interest | Loan Writing Fee | Storage Fees | Miscellaneous |
|---|---|---|---|---|
| | $217.80 | $30.00 | $1.00 | $0.00 |

ALL BUSINESS STRICTLY CONFIDENTIAL - NO INFORMATION GIVEN VIA PHONE - NOT NEGOTIABLE - STORE COPY

---

## SANTA MONICA JEWELRY & LOAN

408 Broadway
Santa Monica, CA 90401
✳ Phone (310) 451-2840 ✳
www.santamonicajewelryandloan.com
Monday to Sunday - 10:00 am to 6:00 pm

THIS IS A PLEDGE AND NOT A SALE

NO GOODS SHOWN UNTIL PAID FOR.
NO CHECKS ACCEPTED
**CASH ONLY**

| | |
|---|---|
| Loan No. | LT-SAM009403 |
| Loan Date | 11/9/2018 |
| Transaction Date | 3/4/2018 |

**TRUTH IN LENDING**

| | |
|---|---|
| MATURITY DATE — Date this loan is due. | 3/9/2019 |
| AMOUNT FINANCED — The amount of cash or credit given directly to you. | $1,815.00 |
| FINANCE CHARGE — The dollar amount the credit will cost you. | $248.80 |
| TOTAL OF PAYMENTS — Amount required to redeem based on the Maturity Date. | $2,063.80 |
| ANNUAL PERCENTAGE RATE — The cost of your credit as a yearly rate. | 41.12% |

This is a single payment contract with the "TOTAL OF PAYMENTS" amount due upon the "MATURITY DATE". Interest is calculated on a monthly basis and savings may be made by paying off the loan on or prior to monthly anniversary dates. (See "SCHEDULE OF CHARGES")

Gent's Wristwatch

All Pledged Property is Stored On These Premises

**\* SEE REVERSE SIDE FOR TERMS AND CONDITIONS \***

I HAVE READ THE TERMS AND CONDITIONS ON THE FRONT AND BACK HEREOF AND AGREE TO THEM AS A PART OF THIS CONTRACT AS IF THEY WERE PRINTED ABOVE MY SIGNATURE. I CERTIFY THAT THE INFORMATION AND ADDRESS PRINTED HEREON IS CORRECT.

**SCHEDULE OF CHARGES**

| On Amount Due | |
|---|---|
| 12/9/2018 | $2,009.35 |
| 1/8/2019 | $2,009.35 |
| 2/7/2019 | |

EXHIBIT 5

PAGE 1 OF PAGE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Law Offices Of Hagen & Hagen, 4559 San Blas Avenue, Woodland Hills, California 91364

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) (PERSONAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/14/2019 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 03/14/2019 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/14/2019 | Jeffrey Hagen | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## SECTION I - TO BE SERVED BY THE COURT VIA NEF

**Chapter 7 Trustee:**

Timothy Yoo (TR)  tjytrustee@lnbyb.com
                tjy@trustesolutions.net

**United States Trustee:**

United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

**Attorneys For Debtor Shapiro:**

Joseph E. Caceres  jec@locs.com
                generalbox@locs.com

Charles Shamash  cs@locs.com
                generalbox@locs.com

**Requests For Special Notice:**

None

**Requests For Courtesy Notification Of Electronic Filing:**

Mark D Hurwitz  mhurwitz@lsl-la.com
                dsmall@lsl-la.com
                kfinn@lsl-la.com

Terran T Steinhart  terran@steinhartlaw.com

## SECTION II - SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL

**Debtor:**

Mr. Michael Richard Shapiro
11500 West Olympic Boulevard
Unit 400
Los Angeles, California  90064

**Court's Manual Notice List:**

Tom Lallas
Levy Small & Lallas
815 Moraga Drive
Los Angeles, California 90049-1633